```
                UNITED STATES BANKRUPTCY COURT FOR THE
                      DISTRICT OF SOUTH CAROLINA

IN RE:                          )   CASE NO. 15-06073-dd
                                )   ADVERSARIAL CASE NO.
MELLISA LEE CARRIGAN,           )   CHAPTER 7
                                )
                                )
                                )
     DEBTOR,                    )
                                )
MELISSA LEE CARRIGAN,           )
                                )          COMPLAINT
                                )
     Plaintiff,                 )      JURY TRIAL DEMANDED
                                )
vs.                             )
                                )
FIRST CITIZENS                  )
BANCSHARES, INC., DOING         )
BUSINESS AS FIRST CITIZENS      )
BANK AND TRUST COMPANY,         )
                                )
                                )
     Defendant.                 )
                                )
_____)
```

**COMPLAINT**

Plaintiff, Mellisa Lee Carrigan, brings this action individually under the United States Bankruptcy Code, 11 U.S.C. Section 362, and to enjoin Defendant's conduct and recover damages by reason of the Defendants violation of the Bankruptcy Code and State negligence law, and alleges:

### *JURISDICTION AND VENUE*

1. This Honorable Court has jurisdiction of this action and over the parties herein.

## *PARTIES*

2.   Plaintiff, Melissa Lee Carrigan, is a citizen of the State of South Carolina residing in Horry County, from whom First Citizens BancShares, Inc., doing business as First Citizens Bank and Trust Company, hereinafter referred to as "First Citizens" attempted to collect a debt.

3.   The Defendant was involved as a principal and acted as a debt collector in South Carolina. It is a financial institution organized and existing pursuant to the laws of one of the States in these fifty States of the United States of America and is operating and doing business in South Carolina.

## *FACTUAL ALLEGATIONS*
## *FIRST CAUSE OF ACTION*

4.   Plaintiff on November 12, 2015 filed for Chapter 7 bankruptcy relief in the District of South Carolina.  Her bankruptcy case number is 15-06073.  The Debtor listed and scheduled two unsecured debts owed to First Citizens in Schedule F of her bankruptcy petition and schedules.  The Plaintiff would show that the bankruptcy noticing center sent out to the Defendant notice of the Plaintiff's bankruptcy case filing since it was listed as a creditor in her bankruptcy case mailing matrix.  That after the Plaintiff had filed for bankruptcy protection and relief she received a telephone collection call

to her from agents, servants and or employees of the Defendant wherein the Defendant contacted the Plaintiff with the express intent to try to collect on debts that it knew had been listed in the Plaintiff's bankruptcy case. The Plaintiff would show that she received a collection telephone call from the Defendant on the following date: December 29, 2015. Additionally the Plaintiff would show that the Defendant hired a collection agency to collect on a debt that existed at the time she filed for bankruptcy. That said Defendant's debt collection agency sent the Plaintiff a written demand for payment of a debt. The Plaintiff hereby attaches a copy of said collection letter and a screenshot from her cellular telephone phone showing the collection call made to her by the Defendant as exhibit "A" and incorporates these documents by reference herein.

Upon information and belief the Defendant knew of the Plaintiff's bankruptcy filing yet has willfully and deliberately chosen to ignore the automatic stay provisions of 11 U.S.C. Section 362.

5. Plaintiff would show that said aforementioned collection call for payment and collection letter were done with the express intent to annoy, threaten, cause harm, abuse, intimidate or harass her. That said repeated collection efforts by the Defendant has caused her damages including lost wages, emotional distress and attorney fees.

6. That the Defendant's actions violate 11 U.S.C. Section 362.

7. That the Defendant has engaged in acts which constitute a flagrant and willful violation of the bankruptcy automatic stay.

8. Defendant's violation of the Bankruptcy Code renders it liable to the Plaintiff for statutory damages, costs, punitive damages and reasonable attorney's fees.

### FOR A SECOND CAUSE OF ACTION
### NEGLIGENCE

9. That the Plaintiff realleges all of the allegations contained in paragraphs one through eight as if the same were set forth verbatim herein.

10. That the Plaintiff would show that the Defendant was negligent, grossly negligent, reckless, willful and wanton in the following particulars to wit:

  (a) In failing to properly and reasonably handle the Plaintiff's account, bankruptcy notification and the bankruptcy notice it received;

  (b) In failing to use due care;

  (c) In failing to take adequate and reasonable measures so that a collection call and collection letter and or demand for payment would not occur against the Plaintiff;

  (d) In engaging in conduct that violated the bankruptcy laws;

  (e) In harassing the Plaintiff by continuing to

        contact her and call her and having a
        collection agency contact her regarding
        the debts she listed that were owed to the Defendant.

11. That as a direct and proximate result of said negligent acts and or delicts of the Defendant the Plaintiff has suffered actual damages including emotional distress, emotional anguish, embarrassment, worry, humiliation, lost wages and attorney fees in an amount to be determined by the Court. Plaintiff has had to retain the services of an attorney to protect her interests and the Defendant should be required to pay her reasonable attorney fees in this action.

### *PRAYER FOR RELIEF*

**WHEREFORE**, Plaintiff prays that this Court:

    1. Declare that the Defendant's policy, conduct and or behavior in it's debt collection violates 11 U.S.C. Section 362 and enter an injunction in favor of the Plaintiff and against Defendant prohibiting Defendant from further violating 11 U.S.C. Section 362;

    2. Enter judgment in favor of the Plaintiff in the Plaintiff's First Cause of Action and against the Defendant for statutory damages, actual damages and costs as provided by 11 U.S.C. Section 362 and the Bankruptcy Code;

    3. Award the Plaintiff costs and reasonable attorney's fees as provided by 11 U.S.C. Section 362;

4. Enter judgment in favor of the Plaintiff in the Second Cause of action for negligence in an actual amount to be determined for actual damages plus an award of punitive damages;

_____
David H. Breen #1459
Attorney for Plaintiff
1341 44th Avenue North, Suite 200
Myrtle Beach, SC 29577
843-445-9915

December 31, 2015
Myrtle Beach, South Carolina


Exhibit A

Complete Payment Recovery Services, Inc.
P.O. BOX 038997
TUSCALOOSA, AL 35403-8997

3500 5th Street
Northport, AL 35476
Office Hours:  Monday through Thursday 8am to 7pm CT,
Friday 8am to 5pm CT, and Saturday 8am to Noon CT
1-866-324-3120

DATE:  12/15/15
MERCHANT:  FIRST CITIZENS BANK
TOTAL DUE:  $579.39
CONTROL NUMBER:  288424268

MELISSA L CARRIGAN
4250 PINEHURST CIR UNIT P
LITTLE RIVER SC 29566-8399

793

Dear: Melissa L Carrigan

This letter is to notify you that you have an outstanding overdraft balance in the amount of $579.39 owed to FIRST CITIZENS BANK.  This unpaid balance has been referred to Complete Payment Recovery Services, Inc. for collection.

To resolve this matter, please contact our office at 1-866-324-3120.  We offer several payment options, or you may mail payment for the total due to the address below.

For your convenience we offer the following payment options: Check by phone, Western Union Quick Collect, MoneyGram, priority mail, and regular mail.  Please ensure you have the control number listed on this document to help identify your account.

You may also pay online at www.paymentpost.com.  This payment option is available 24 hours a day, 7 days a week.  There is no additional charge for this service.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid.  If you notify this office in writing within 30 days after receiving this notice that you dispute the validity of this debt or any portion of it, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification.  If you request of this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

This communication is from a debt collector.  This is an attempt to collect a debt and any information obtained will be used for that purpose.

---

To receive proper credit on your account, return this portion with your payment in the enclosed envelope.

MELISSA L CARRIGAN
4250 PINEHURST CIR UNIT P
LITTLE RIVER SC 29566-8399

DATE:  12/15/15
MERCHANT:  FIRST CITIZENS BANK
TOTAL DUE:  $579.39
CONTROL NUMBER:  288424268

COMPLETE PAYMENT RECOVERY SERVICES, INC.
P.O. BOX 30184
TAMPA, FL 33630-3184

DDALT10505

Add to contacts

Call (800) 562-5167 

 Missed call
Tuesday, December 29, 2015, 8:07 AM

Missed call
Monday, December 21, 2015, 10:11 AM

Missed call
Monday, December 21, 2015, 10:06 AM

Missed call

# 800-562-5167

Dec 29, 2015 8:08 AM



Upgrade to a Premium account and the voicemails you receive will be transcribed to text for you to read.



00:12

## VERIFICATION

**PERSONALLY APPEARED** before me, Melissa Lee Carrigan, who being duly sworn, deposes and says that she is the Plaintiff in the foregoing Adversarial Complaint against First Citizens BancShares, Inc., doing business as First Citizens Bank and Trust Compay and that she has read the matters contained in the Complaint and know same to be true and correct to her own knowledge, information and belief.

MELISSA LEE CARRIGAN

Sworn to before me this 31

day of December, 2015.

_________________________________(L.S.)
**NOTARY PUBLIC FOR SOUTH CAROLINA**
My Commission expires: 1-21-2025