UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: | ) CASE NO.15-06073-DD |
| | ) ADVERSARIAL CASE NO.15-80212 |
| MELISSA LEE CARRIGAN, | ) CHAPTER 7 |
| DEBTOR, | ) |
| | ) |
| MELISSA LEE CARRIGAN, | ) STIPULATION OF |
| | ) DISMISSAL WITH PREJUDICE |
| Plaintiff, | ) |
| vs. | ) |
| FIRST CITIZENS BANCSHARES INC., DOING BUSINESS AS FIRST CITIZENS BANK AND TRUST COMPANY, | ) |
| Defendant | ) |

The Plaintiff and Defendant to the above-captioned adversary proceeding hereby stipulates that the adversary proceeding is dismissed with prejudice since it is resolved and now moot.

*/s/ David H. Breen*
David H. Breen, #1459
Attorney for the Plaintiff

*/s/ Keith Poston*
Keith Poston, #10599
Attorney for the Defendant

January 8, 2016